## George OLSOVSKY v. STATE.
### No. 16446.

Court of Criminal Appeals of Texas.
Jan. 10, 1934.

C. L. Stavinoha, of Hallettsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is embezzlement; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The appellant entered a plea of guilty and waived the right of trial by a jury. The evidence heard in the trial court is not brought up for review. Nothing in the record has been pointed out or perceived which would justify interference with the judgment. It is therefore affirmed.

## George RIDING v. STATE.
### No. 16425.

Court of Criminal Appeals of Texas.
Jan. 17, 1934.

J. W. Ellington, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Unlawfully transporting intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The trial was had before a jury upon a plea of guilty.

The evidence heard upon the trial is not brought forward for review.

We have observed no fault or irregularity in the proceedings that would require discussion or authorize a reversal.

The judgment is affirmed.

## Darvin VEST v. STATE.
### No. 16377.

Court of Criminal Appeals of Texas.
Jan. 10, 1934.

Rehearing Denied Feb. 14, 1934.

George D. Hagans, of Denison, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. All matters of procedure appear to be regular.

The judgment is affirmed.

## J. R. WATSON v. STATE.
### No. 16598.

Court of Criminal Appeals of Texas.
Jan. 31, 1934.

See, also, 120 Tex. Cr. R. 482, 48 S.W.(2d) 623; 59 S.W.(2d) 126.

Howth, Adams & Hart, of Beaumont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; the punishment assessed being thirty years in the penitentiary.

We are advised by an affidavit of appellant filed with this court that he does not wish to further prosecute his appeal, and asks that the same be dismissed. In compliance with such request, the appeal is dismissed.